UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. |
| | ) | |
| | ) | 24 B 004371 |
| Artico Cold Storage Chicago LLC | ) | |
| Debtor(s) | ) | Chapter 11 |

ORDER GRANTING APPLICATION TO SET HEARING ON EMERGENCY MOTION
(DOC. #3)

IT IS HEREBY ORDERED that the application to set hearing on emergency motion is granted. Hearing on the emergency motion is set for Wednesday, March 27, 2024 at 1:30 p.m. via Zoom for Government – Judge Thorne. **To appear by video**, use this link: https://www.zoomgov.com. The Meeting ID: 160-9362-1728 **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the Meeting ID of 160-9362-1728, no passcode is required. Or you can appear in Courtroom 682, located at the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois.

Movant is to serve the appropriate parties.

Dated: March 26, 2024

Deborah L. Thorne
United States Bankruptcy Judge